SEARS, ROEBUCK & Co., Respondent, v. GROVER A. WHALEN and Others, Defendants, Impleaded with GILBERT T. HODGES and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JAMES F. KINDER, Respondent, v. UNITED STATES MERCHANTS AND SHIPPERS INSURANCE COMPANY, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

IRENE BREUCHAUD and Another, as Executors, etc., of JULES BREUCHAUD. Deceased, Respondents, v. BANK OF NEW YORK AND TRUST COMPANY, Appellant, — Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

RHODA TANNER DOUBLEDAY, Appellant, v. MAX C. FLEISCHMANN, Respondent, — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JOHN MASSIRONI and Another, Appellants, v. BERNARD RETTENBERG, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

EUROPA RADIO AND TELEVISION CORPORATION, Appellant, v. MYRON GOLDSOLL, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

DRY DOCK SAVINGS INSTITUTION, Respondent, v. HARRIMAN REALTY CORPORATION and Another, Appellants, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ALEXANDER MILHOMME, Suing for Himself as a Stockholder, and on Behalf of All Other Stockholders, of C. N. Macksoud, Inc., in Like Situation, Who Shall Choose to Make Themselves Parties to This Action, Appellant, v. C. N. MACKSOUD, INC., and Others, Respondents.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; Glennon, J., dissents and votes for affirmance. Settle order on notice.

In the Matter of the Application of NATHAN ASSOCIATES, INC., Appellant, for an Order Staying the Trial of an Action Pending in the City Court of the City of New York, Bronx County, Until Arbitration Has Been Had in Accordance with the Terms of a Written Agreement and of the Arbitration Law. MURRAY HILL CONSTRUCTION CORPORATION and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; O'Malley and Townley, JJ., dissent and vote to reverse and grant the motion.